# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
JOSEPH SANTOS, et al.                   )
                                        )
                Plaintiffs,             )
                                        )
        v.                              )        Civil Action No. 07-980 (RBW)
                                        )
SAMUEL BODMAN, Secretary,               )
Department of Energy,                   )
                                        )
                Defendant.              )
                                        )
_____)

## ORDER

On May 29, 2007, the plaintiffs filed a complaint bringing this action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq. (2000), and the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 et seq. (2000).  Since the filing of the complaint, however, the plaintiffs have made no effort to pursue prosecution of the above-captioned case. Accordingly, it is hereby

**ORDERED** that the plaintiffs shall show cause by September 14, 2007, why this case should not be dismissed for want of prosecution.  Failure to respond to this order by the due date will result in the above-captioned case being dismissed.

**SO ORDERED** this 29th day of August, 2007.


                                        REGGIE B. WALTON
                                        United States District Judge