UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SANTOS, <u>et al.</u> )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SAMUEL BODMAN, )<br>Secretary, Department of Energy, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-0980 (RBW) |

**ORDER**

The Court having received no response to its Order entered August 28, 2007 (D.E. No. 3), in which it ordered the plaintiff to show cause by September 14, 2007, why this case should not be dismissed for want of prosecution, it is

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED** this 24th day of September, 2007.

REGGIE B. WALTON
United States District Judge